UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| DANIEL MEARS, JR.,<br>    Plaintiff | ) <br> ) <br> ) | JUDGMENT |
| v. | ) <br> ) <br> ) | Civil Action No. 11-30111-KPN |
| MICHAEL J. ASTRUE, Commissioner<br>of Social Security Administration,<br>    Defendant | ) <br> ) <br> ) | |

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accord with the court's Memorandum and Order dated February 7, 2012, judgment is hereby entered for Plaintiff, Daniel Mears,Jr.

February 8, 2012                    Sarah A. Thornton
Date                                Clerk

                         By:   /s/ Bethaney A. Healy
                               Deputy Clerk