UNITED STATES DISTRICT COURT
District of Massachusetts

| | | |
|---|---|---|
| DANIEL MEARS, JR., ) | | JUDGMENT |
| Plaintiff ) | | |
| ) | | |
| v. ) | | Civil Action No. 11-30111-KPN |
| ) | | |
| MICHAEL J. ASTRUE, Commissioner ) | | |
| of Social Security Administration, ) | | |
| Defendant ) | | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

In accord with the court's Memorandum and Order dated February 7, 2012, judgment is hereby entered for Plaintiff, Daniel Mears,Jr.

February 8, 2012                         Sarah A. Thornton
Date                                        Clerk

                                           By:   /s/ Bethaney A. Healy
                                                      Deputy Clerk